IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MELANIE G. GROSSI,<br><br>    Plaintiff<br><br>    v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendants | Case No. 1:17-cv-00534-WES-LDA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Melanie G. Grossi and The Lincoln National Life Insurance Company, hereby stipulate that plaintiff's complaint in the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  Each party shall bear her/its own costs and expenses of litigation.

DATED:  May 11, 2018

By: /s/ Mark B. Morse
Mark B. Morse
Law Office of Mark B. Morse, LLC
420 Angell Street
Providence, RI 02906
Tel:  (401) 831-0555
Fax: (401) 273-0937
Email: mark@morselawoffice.com

*Attorneys for Plaintiff*

/s/ Scott K. Pomeroy
Scott K. Pomeroy
Pierce Atwood LLP
One Financial Plaza
26th Floor
Providence, RI 02903
Tel:  (401) 490-3414
Fax: (401) 588-5166
Email: spomeroy@pierceatwood.com

*Attorneys for Defendant*

2

<u>CERTIFICATE OF SERVICE</u>

  I certify that I caused the foregoing document to be electronically filed on May 11, 2018 through the Court's CM/ECF system and that this document is available for viewing and downloading from the Court's CM/ECF system.  All counsel of record have been served by electronic means.


Mark B. Morse
Law Office of Mark B. Morse, LLC
420 Angell Street
Providence, RI 02906
831-0555
Fax: 273-0937
Email: mark@morselawoffice.com

Dated:   May 11, 2018       /s/  Scott K. Pomeroy
                Scott K. Pomeroy